WITTEN, APPELLEE, *v.* CITY OF RICHMOND HEIGHTS ET AL., APPELLANTS.

[Cite as *Witten v. Richmond Hts.* (2001), 91 Ohio St.3d 204.]

(No. 00–917—Submitted February 28, 2001—Decided March 28, 2001.)

The judgment of the court of appeals is affirmed on the authority of *Stevens v. Ackman* (2001), 91 Ohio St.3d 182, 743 N.E.2d 901.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Lester S. Potash,* for appellee.

*R. Todd Hunt,* Director of Law; *Walter & Haverfield, P.L.L., Jonathan D. Greenberg* and *Barbara R. Marburger,* for appellants.